CFN: 20170481467 BOOK 30660 PAGE 1847
DATE:08/18/2017 08:32:29 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

Prepared By:
Roosevelt Management Company, LLC

When recorded mail to:
Abstrax, LLC
Attn: Collateral Dept.
88 Silva Lane, 2nd Floor
Middletown, RI 02842

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned, Bank of America, N.A. By Rushmore Loan Management Services LLC Its Appointed Attorney In Fact, whose address is 21000 NW Evergreen Pkwy, Hillsboro, OR 97124, hereby assign and transfer to U.S. Bank National Association, not in its individual capacity, but solely as trustee for the RMAC Trust, Series 2016-CTT by Rushmore Loan Management Services LLC, its appointed attorney in fact, whose address is 60 Livingston Avenue, EP-MN-WS3D, Saint Paul, MN 55107, all its right, title and all beneficial interest in and to a certain Mortgage and Note, executed by Craig V Sizer, a single man to Bank of America, N.A and bearing the date of March 26, 2017 and recorded on March 12, 2008, with an original loan amount of $820,000.00 in the office of the Recorder of Miami-Dade County, State of FL, in Book 26262 at Page 4938 or Instrument # 2008R0204680.

Property Address: 555 NE 57th Street, Miami, FL 33137
Legal Description: See attached Exhibit A.

Signer Name **Stacey Burdett**
Agent of Current Mortgagee

Signer Name **Eric Wright**
Agent of Current Mortgagee

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on JUL 1 2 2017

Bank of America, N.A. By Rushmore Loan Management Services LLC Its Appointed Attorney In Fact
By: 
Name: **Tim Lightfoot**
Title: Vice President

State of Texas
County of **Dallas**
Before me, **Nicole Johnson**, on this day personally appeared **Tim Lightfoot**, known to me (or proved to me on the oath of _____ or through _____ ) to be the person whose name is subscribed to the foregoing instrument and acknowledge to me that he/she/they/ executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 12 day of July, 2017

(SEAL)

Notary Public Signature


NICOLE JOHNSON
My Notary ID # 129379313
Expires April 8, 2021

CFN: 20170481467 BOOK 30660 PAGE 1848

EXHIBIT A

Lot 13, Block 17, of BAYSHORE UNIT #2, according to the Plat thereof, as recorded in Plat Book 9, Page 98, of the Public Records of Miami-Dade County, Florida.