

Property Search Application - Miami-Dade County        Page 1 of 1

Case 17-25202-LMI   Doc 20-6   Filed 02/27/18   Page 1 of 1

# OFFICE OF THE PROPERTY APPRAISER

## Summary Report

Generated On : 2/22/2018

| Property Information | |
|---|---|
| Folio: | 01-3218-036-0500 |
| Property Address: | 555 NE 57 ST<br>Miami, FL 33137-2626 |
| Owner | CRAIG V SIZER<br>MARIA SIZER |
| Mailing Address | 555 NE 57 ST<br>MIAMI, FL 33317 USA |
| PA Primary Zone | 0100 SINGLE FAMILY - GENERAL |
| Primary Land Use | 0101 RESIDENTIAL - SINGLE FAMILY : 1 UNIT |
| Beds / Baths / Half | 3 / 2 / 0 |
| Floors | 2 |
| Living Units | 1 |
| Actual Area | 3,638 Sq.Ft |
| Living Area | 3,462 Sq.Ft |
| Adjusted Area | 3,136 Sq.Ft |
| Lot Size | 6,480 Sq.Ft |
| Year Built | 1940 |



2017 Aerial Photography   200ft

| Assessment Information | | | |
|---|---|---|---|
| Year | 2017 | 2016 | 2015 |
| Land Value | $411,532 | $391,935 | $314,089 |
| Building Value | $353,678 | $32,919 | $33,074 |
| XF Value | $43,064 | $43,552 | $28,807 |
| Market Value | $808,274 | $468,406 | $375,970 |
| Assessed Value | $707,465 | $378,601 | $375,970 |

| Benefits Information | | | | |
|---|---|---|---|---|
| Benefit | Type | 2017 | 2016 | 2015 |
| Save Our Homes Cap | Assessment Reduction | $100,809 | $89,805 | |
| Homestead | Exemption | $25,000 | $25,000 | $25,000 |
| Second Homestead | Exemption | $25,000 | $25,000 | $25,000 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

| Taxable Value Information | | | |
|---|---|---|---|
| | 2017 | 2016 | 2015 |
| **County** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $657,465 | $328,601 | $325,970 |
| **School Board** | | | |
| Exemption Value | $25,000 | $25,000 | $25,000 |
| Taxable Value | $682,465 | $353,601 | $350,970 |
| **City** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $657,465 | $328,601 | $325,970 |
| **Regional** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $657,465 | $328,601 | $325,970 |

| Sales Information | | | |
|---|---|---|---|
| Previous Sale | Price | OR Book-Page | Qualification Description |
| 09/01/2015 | $410,000 | 29838-4554 | Corrective, tax or QCD; min consideration |
| 03/01/2008 | $1,025,000 | 26262-4936 | Sales which are qualified |
| 04/01/2006 | $0 | 24499-1120 | Sales which are disqualified as a result of examination of the deed |
| 03/01/2005 | $930,000 | 23175-4330 | Sales which are qualified |

| Short Legal Description |
|---|
| 18 53 42 |
| BAYSHORE UNIT NO 2 PB 9-98 |
| LOT 13 BLK 17 |
| LOT SIZE 60.000 X 108 |
| OR 17912-4908 1297 1 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version: