UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:

**CRAIG SIZER,**  Case Number 17-25202-BKC-LMI
SSN XXX.XX.1516  Chapter 7

    Debtor.
_____/

### DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM STAY REGARDING REAL PROPERTY FILED BY U.S. BANK NATIONAL ASSOCIATION

The Debtor, **CRAIG SIZER**, by and through undersigned counsel, pursuant to 11 U.S.C. §362 and Rule 4001 of the Federal Bankruptcy Procedure, hereby files this *Objection to Motion for Relief from Stay Regarding Real Property filed by U.S. Bank National Association [D.E. 20]*, and avers:

1. **CRAIG SIZER** (the "Debtor") filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on December 21, 2017.

2. The 341 Meeting of Creditors was originally scheduled for January 30, 2018 at 8:30 A.M., but has been rescheduled to allow the Debtor to testify telephonically from the prison where he is currently incarcerated. The 341 Meeting of Creditors is scheduled to take place on April 2, 2018 at 8:30 A.M.

3. On February 27, 2017, U.S. Bank National Association ("Secured Lender") filed a motion seeking relief from the automatic stay (the "Motion").

4. The Secured Lender holds the first mortgage on the Debtor's homestead property located at 555 NE 57 Street, Miami, FL 33137 (the "Property").

5. The Debtor's non-filing spouse and minor children are residing in the Property.

6. As stated in the Debtor's Statement of Intentions, the Debtor intends to keep the

Property and modify the loan.

7. The Secured Lender alleges in its' Motion that the Debtor and estate may lack equity in the Collateral. Based on Zillow the Property is worth approximately $1,074,601. The Debtor's non-filing spouse has also spoken to realtor's regarding the possible sale of the Property and most realtors believe that the Property can be sold for $1,600,000.00. The Secured Lender is owed approximately $875,000.00.

8. The Debtor needs additional time to either gather the necessary documents to participate in the MMM program and attempt to modify the mortgage or to sell the Property.

9. There is equity in the Property to protect the Secured Lender's interest in the Property.

10. The Debtor objects to U.S. Bank National Association's Motion for Relief from Stay and seeks an order from the court denying said Motion.

**WHEREFORE**, the Debtor, **CRAIG SIZER**, seeks the relief sought in this pleading and for any other relief deemed just and proper in the circumstances.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via CM/ECF, on the 7th of March 2018 to the parties listed below.

- Maria Yip, Chapter 7 Trustee – trustee@yipcpa.com and myip@ecf.epiqsystems.com
- U.S. Bank National Association c/o Nicole Mariani Noel, Esq., Kass Shuler, P.A. – bankruptcynotices@kasslaw.com and nmnoel@ecf.courtdrive.com
- Office of the US Trustee – USTPRegion21.MM.ECF@usdoj.gov

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**KINGCADE & GARCIA, P.A**
Counsel for the Debtors
Kingcade Building
1370 Coral Way ▪ Miami, Florida 33145-2960
WWW.MIAMIBANKRUPTCY.COM
Telephone: 305-285-9100

*/s/ Timothy S. Kingcade*
x  Timothy S. Kingcade, Esq., FBN 082309
□  Wendy Garcia, Esq., FBN 0865478
□  Jessica L. McMaken, Esq., FBN 580163