

ORDERED in the Southern District of Florida on May 4, 2018.

_Laurel M. Isicoff_
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

In re

Craig Sizer
aka Craig Vernon Sizer
aka Craig V Sizer

                      Debtor(s)

_____/

CHAPTER    7
CASE NO.   17-25202-LMI

**ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOC. NO. 20) FILED BY U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT REGARDING REAL PROPERTY**

    THIS CAUSE came on for hearing on April 30, 2018 upon the Motion For Relief From Stay filed on February 27, 2018 (Doc. No. 20) by **U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT ("Creditor")** regarding the following: REAL PROPERTY LOCATED: 555 NORTHEAST 57TH STREET MIAMI, FL 33137, LEGALLY DESCRIBED AS: LOT 13, BLOCK 17, OF BAYSHORE UNIT #2, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 9, PAGE 98, OF THE PUBLIC RECORDS OF

MIAMI-DADE COUNTY, FLORIDA. ("Collateral").  For the reasons stated orally and recorded in open court that shall constitute the decision of this Court, accordingly, it is

    ORDERED as follows:

    1.    Creditor's Motion For Relief From Stay is granted.

    2.    The automatic stay imposed by 11 U.S.C. Section 362 is hereby terminated to permit Creditor to commence, or recommence as the case may be, prosecute, and complete through final judgment, sale and issuance of a Writ of Possession and Certificate of Title a mortgage foreclosure action in state court with respect to the ("Collateral") described as: REAL PROPERTY LOCATED: 555 NORTHEAST 57TH STREET MIAMI, FL 33137, LEGALLY DESCRIBED AS: LOT 13, BLOCK 17, OF BAYSHORE UNIT #2, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 9, PAGE 98, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

    3.    The relief granted here permits the Creditor to seek and obtain in rem relief against the collateral/property only and does not permit the Creditor to seek or obtain in personam relief against the Debtor(s).

    4.    The fourteen (14) day period in Bankruptcy Rule 4001 (a)(3) shall not be waived or reduced as requested in the Creditor's Motion.  The automatic stay shall remain in effect until the end of the fourteenth day <u>following</u> the date of the entry of this Order.  The date of the entry of the Order shall not be counted as the first day of the fourteen (14) day period.

###

Prepared and Submitted By:
Nicole Mariani Noel
Florida Bar No. 69883
Kass Shuler, P.A.
1505 N. Florida Ave.
Tampa, FL  33602-2613
nmnoel@kasslaw.com
(813) 229-0900

The foregoing is directed to serve copies of this Order upon the interested parties and file a Certificate of Service with this Court.